NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIVINT, INC.,**
*Appellant*

**v.**

**ALARM.COM INC.,**
*Appellee*

---

2017-2112

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01965.

---

**JUDGMENT**

---

ROBERT GREENE STERNE, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by JASON DANIEL EISENBERG, ADAM LAROCK.

TEENA-ANN V. SANKOORIKAL, Levine Lee LLP, New York, NY, argued for appellee. Also represented by RICHARD J. STARK, Cravath Swaine & Moore LLP, New York, NY; WILLIAM MANDIR, DAVID PHILLIP EMERY, Sughrue Mion, PLLC, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 13, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |